IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISOPHER J. TIGANI, Sr., | § | |
| | § | |
| Plaintiff Below, | § | No. 190, 2021 |
| Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| ROBERT F. TIGANI, Sr., Trustee | § | C.A. No. 2017-0786 |
| and Individually, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee, | § | |
| | § | |
| and | § | |
| | § | |
| NKS DISTRIBUTORS, INC., a | § | |
| Delaware corporation, | § | |
| | § | |
| Nominal Defendant-Below, | § | |
| Appellee. | § | |

Submitted: November 19, 2021
Decided:    January 25, 2022

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs, the record on appeal, and the appellant's motion for oral argument, we have determined that oral argument is unnecessary. We conclude that the judgment below of the Court of Chancery in its post-trial opinion dated March 30, 2021 and its final order and judgment dated May 28, 2021 should be affirmed. Although we need not address every nuance of the

complex record, the factual record and carefully detailed findings by the trial court adequately support the conclusions of the Court of Chancery.

NOW, THEREFORE, IT IS ORDERED that the motion for oral argument is DENIED and the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice